IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-0000298-MJW

ALPHA OIL & GAS SERVICES, INC.,

Plaintiff,

v.

CALIBER MIDSTREAM PARTNERS, L.P.,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the two Unopposed Motions for Permission to Appear by Telephone (Docket Nos. 12 and 13) are granted. All out-of-state counsel may participate by telephone in the Scheduling Conference set on April 2, 2015, at 9:30 a.m. Plaintiff's counsel shall initiate the conference call, and once all counsel are on the line shall call the court at (303) 844-2403.

Date: March 9, 2015