IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00298-MSK-MJW

ALPHA OIL & GAS SERVICES, INC.,

Plaintiff,

v.

CALIBER MIDSTREAM PARTNERS, L.P.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Consent Motion for Leave to File First Amended Answer, Affirmative Defenses and Counterclaim (Docket No. 29) is granted, and the tendered Amended Answer (Docket No. 29-1) is accepted for filing as of the date of this Minute Order.

Date: June 12, 2015