IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00298-MSK-MJW

ALPHA OIL & GAS SERVICES, INC.,

Plaintiff,

v.

CALIBER MIDSTREAM PARTNERS, L.P.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Defendant's Unopposed Motion for Approval of Stipulated Protective Order (docket no. 46) is DENIED WITHOUT PREJUDICE. The subject motion (docket no. 46) does not articulate with any specificity the basis and need for a protective order.

    It is FURTHER ORDERED that the parties shall use the proper case number on all future filings which is 15-cv-00298-MSK-MJW and **not** 15-cv-0000298-MJW.

Date: July 21, 2015